KAMAL HAJIRI vs HOME OF DOMAINS
SANDRA DAY O'CONNOR U.S. COURTHOUSE
COMPLAINT FOR A CIVIL CASE

Kamal Hajiri
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com



___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

NOV 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

October 26, 2017

Sandra Day O'Connor U.S. Courthouse
To: Brian D. Karth
401 W. Washington St, Suite 130
SPC 1 Phoenix, AZ 85003-2118
United States of America

**CV-17-04168-PHX-DKD**

Dear Brian D. Karth,

I am Kamal Hajiri, owner of several registered patents (EUIPO and USPTO), copyrights and the trademark 'DIVA STASH®'. As such, I like to start a complaint for a civil case because of my complaint at the Czech Arbitration Court with case number 101662 has been rejected on 17-10-2017.

I started the UDRP procedure because of trademark and copyright infringement on disputed domain name 'www.divastash.com' by 'HOME OF DOMAINS' which causes me damage. The word 'divastash' is an invented word. It does not appear in any dictionary and therefore, the word 'divastash' is to be considered as my copyright. The registration of EUTM under number 016917536 for containers for cosmetics, trunks and suitcases, cupboards and mirrors in Nice classes 18, 20 and 21 was earlier than the registration of divastash.com by Home of Domains.

| | | | |
|---|---|---|---|
| EUTM 016917536 registration by Kamal Hajiri | 06/24/2017 | 14:32:41 | Zulu Time Zone |
| Divastash.com registration by Home of Domains | 06/24/2017 | 15:16:15 | Zulu Time Zone |

The domain name is identical to my trademark and also infringers on my copyright. The term 'divastash' has never been used for websites, trademarks or any commercial activity and therefore not known by the public until EUTM-office published the application on 05th July 2017. These circumstances indicating internet fraud, cybersquatting and preventing the owner of the trademark from reflecting the mark in a corresponding domain name. Home of Domains' bad faith is also evidenced by offering the website for sale, which also constitutes trademark and copyright infringement. This company has been involved in several UDRP complaints over the years because they track newly filed trademarks and check the terms as .com domain names. If the domain is available they register it and list the domain name for $ 950,--.

I, Kamal Hajiri have sent several warning letters by email and registered mail started on 09 July 2017 to stop the infringing use of the disputed domain name immediately. Up until now, these letters remained unanswered.

10/26/2017

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CV LR 5.4, 7.1(b)(1)_
(Rule Number/Section)
_7.1(a)(2),(3)_

1/2

KAMAL HAJIRI vs HOME OF DOMAINS
SANDRA DAY O'CONNOR U.S. COURTHOUSE
COMPLAINT FOR A CIVIL CASE

Copy of the warning letters and printscreens of the disputed website as well as results of the EUIPO and EUTM database of TM number 016917536, the decision of the Czech Arbitration Court with case number 101662  and relevant documents  have been attached to the complaint as an annex. (appendix 01 – 30).

I, Kamal Hajiri started this project in 2013 to find the best solutions for women to store their nail polish and make up in a practical and stylish way. Different in this engineering-project  is that  time and money are subordinate to find the best solution of makeup storage. With the registration of all designs and trademark at the EUIPO the investment must be recouped. For marketing purposes it is of utmost importance that the disputed domain name '**www.divastash.com**' to be transferred to the owner of the trademark.

Also the inaccessibility of the CEO Mr. Goldfarb, the support desk of namesilo.com and Home of Domains makes it very bad. As a company they should know how it feels getting robbed like this.

All the above leads to the conclusion that Home of Domains has registered and is using the disputed domain name in bad faith.

I hope to have you informed enough to make a decision in this case.


Best Regards,

Kamal Hajiri


10/26/2017                                                                                                              2/2

KAMAL HAJIRI vs HOME OF DOMAINS
SANDRA DAY O'CONNOR U.S. COURTHOUSE
COMPLAINT FOR A CIVIL CASE

APPENDIX 01    PROGRESS PROCEDURE
APPENDIX 02    EMAIL CORRESPONDANCE C&D LETTER HOD
APPENDIX 03    WHOIS https  www.whois.com whois divastash
APPENDIX 04    website infringement divastash
APPENDIX 05    website infringement by namesilo
APPENDIX 06    EUTM 016917536
APPENDIX 07    EM500000016917536
APPENDIX 08    REPLY HOD ON C&D LETTER 07-10-2017
APPENDIX 09    EMAIL CORRESPONDANCE NAMESILO REPORT ABUSE
APPENDIX 10    EMAIL CORRESPONDANCE NAMESILO 01
APPENDIX 11    EMAIL CORRESPONDANCE NAMESILO 02
APPENDIX 12    CHAT namesilo
APPENDIX 13    EMAIL CORRESPONDANCE C&D LETTER HOD
APPENDIX 14    EMAIL CORRESPONDANCE C&D LETTER NAMESILO
APPENDIX 15    REGISTERED MAIL C&D LETTER NAMESILO
APPENDIX 16    RECEIPT REGISTERED MAIL C&D LETTER NAMESILO
APPENDIX 17    website infringement by namesilo
APPENDIX 18    website infringement divastash
APPENDIX 19    RECEIPT REGISTER MAIL C&D LETTER NAMESILO RECEIVED
APPENDIX 20    NAMESILO Reseller Complaint & Policies
APPENDIX 21    website infringement divastash
APPENDIX 22    website infringement by namesilo
APPENDIX 23    27082017_HAJIRI_EUIPO_dsv-result-list
APPENDIX 24    27082017_HAJIRI_EUIPO_dsv-result-list
APPENDIX 25    websites registration divastash
APPENDIX 26    social media registration divastash
APPENDIX 27    Hajiri UDRP Complaint 101662 letter
APPENDIX 28    UDRP decision Czech Arbitration Court with case number 101662
APPENDIX 29    WHOIS https  www.whois.com whois divastash - Zulu Time Zone
APPENDIX 30    EUTM 016917536 final receipt - Zulu Time Zone

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

# APPENDIX 01 PROGRESS PROCEDURE

APPENDIX I PROGRESS PROCEDURE.txt

UDRP ADR 28/08/2017 COMPLAINT
HAJIRI - DIVASTASH.COM, HOME OF DOMAINS / NAMESILO

APPENDIX I          APPENDIX 01 PROGRESS PROCEDURE

| | |
|---|---|
| 24/06/2017 | registration TradeMark at EUIPO |
| 24/06/2017 | internet fraude, domain registration not possible |
| 28/06/2017 | infringement, company HOME OF DOMAINS by cybersquatting and offering for sale www.divastash.com |
| 06/07/2017 | Telephone call to company Home of Domains but nobody answers not possible to leave a voicemail message |
| 08/07-2017 | infringement by NAMESILO.COM by offering for sale the website www.divastash.com |
| 09/07/2017 | Cease & desist letter sent to company HOME OF DOMAINS (APP. 02 - APP. 07) |
| 09/07/2017 | Answer HOME OF DOMAINS on Cease & desist letter (APP. 08) |
| 09/07/2017 | Reporting abuse at company NAMESILO.COM by letter "Reseller problem" company HOME OF DOMAINS (APP. 09) |
| 10/07/2017 | Telephone call to company Home of Domains but nobody answers not possible to leave a voicemail message |
| 10/07/2017 | Telephone call to company NAMESILO.COM but nobody answers not possible to leave a voicemail message |
| 11/07/2017 | Reporting abuse at company NAMESILO.COM by letter "Reseller problem" company HOME OF DOMAINS (APP. 10) |
| 11/07/2017 | Reporting abuse at company NAMESILO.COM by letter "Reseller problem" company HOME OF DOMAINS (APP. 11) |
| 11/07/2017 | Reporting abuse at company NAMESILO.COM by letter "Reseller problem" company HOME OF DOMAINS (APP. 11) |
| 11/07/2017 | Telephone call to company NAMESILO.COM but nobody answers not possible to leave a voicemail message |
| 11/07/2017 | Cease & Desist letter sent to company HOME OF DOMAINS (APP. 13) |
| 12/07/2017 | Reporting abuse at company NAMESILO.COM by "Reseller problem" company HOME OF DOMAINS sent Cease & Desist letter to CEO NAMESILO.COM Mr. Goldfarb (APP. 14) |
| 17/07/2017 | Cease & desist letter sent to company NAMESILO.COM (GOLDFARB), registered mail (APP. 15) |
| 17/07/2017 | RECEIPT Registered Mail Cease & desist letter to company NAMESILO.COM (APP. 16) |
| 24/07/2017 | Telephone call to company NAMESILO.COM but nobody answers not possible to leave a voicemail message |
| 24/07/2017 | infringement by company NAMESILO.COM (APP. 17) |
| 18/08/2017 | Receipt Cease & desist letter "wwww.divastash.com (APP. 18) Received Cease & Desist letter is received by company NAMESILO.COM (APP. 19) |
| 25/08/2017 | RESELLER COMPLAINT AND POLICIES company NAMESILO.COM (APP. 20) |
| | START PROCEDURE at UDRP ADR |
| 25/08/2017 | infringement www.DIVASTASH.COM (APP. 21) |
| 25/08/2017 | infringement company NAMESILO.COM (APP. 22) |
| 28/08/2017 | EUIPO DVS RESULTS HAJIRI 27/08/2017 (APP. 23) |
| 28/08/2017 | EUIPO DSV RESULTS HAJIRI 27/08/2017 (APP. 24) |
| 28/08/2017 | COMPLAINT SENT TO UDRP ADR infringement www.divastash.com |

Pagina 1

APPENDIX 01 TO 24

28/08/2017

E-mail - kamalhajiri@hotmail.com

pagina 1 van 8

2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

Kamal

di 11-7-2017 20:46

A:«domain@homeofdomains.com» <domain@homeofdomains.com>;

Urgentie: Hoog

6 bijlagen (2 MB)

2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter.pdf; APPENDIX I https www.whois.com whois
divastash.pdf; APPENDIX II website infringement divastash.jpg; APPENDIX III website infringement by nameslio.jpg;
APPENDIX IV EUTM 016917536.jpg; APPENDIX V th450000001016917536.pdf;

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 02 EMAIL CORRESPONDANCE C&D LETTER HOD

---

**Van:** Kamal <kamalhajiri@hotmail.com>
**Verzonden:** zondag 9 juli 2017 16:32
**Aan:** domain@homeofdomains.com; domain@homeofdomains.com; admin@homeofdomains.com
**Onderwerp:** 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

July 10, 2017

### CEASE & DESIST DEMAND

**Kamal Hajiri**
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Letter Mail**
HOME OF DOMAINS
1928 E. Highland Avenue, Ste F104 PMB# 255
Phoenix, AZ 85016

Dear Sirs,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name "www.divastash.com" can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered

https://outlook.live.com/owa/?path=/mail/sentitems/rp

12-7-2017

APPENDIX 01 TO 24

28/08/2017

E-mail - kamalhajiri@hotmail.com

E-mail - kamalhajiri@hotmail.com

mark. Infringement only for profit purposes and damages the goodwill of the registered mark that result in the loss of the rights to the market.

Your registration (and use) and offering for sale of the domain name 'www.divastash.com' also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages -- up to $100,000 per domain. 15 U.S.C. § 1117(d).

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 15, 2017, that:

i.   you have immediately ceased all trademark infringement; and
ii.  you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and
iii. you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https  www.whois.com whois 'www.divastash.com'

APPENDIX II website infringement 'DIVA STASH®'

APPENDIX III website infringement 'DIVA STASH®' by namesilo

APPENDIX IV EUTM 016917536

APPENDIX V EM500000016917536

**APPENDIX I_https  www.whois.com whois 'www.divastash.com'**

E-mail - kamalhajiri@hotmail.com

E-mail - kamalhajiri@hotmail.com

**APPENDIX II website infringement 'DIVA STASH®'**

APPENDIX II website infringement divastash.jpg

APPENDIX IV EUTM 016917536

APPENDIX II website infringement divastash.jpg

**APPENDIX III website infringement 'DIVA STASH®' by namesilo**

https://outlook.live.com/owa/?path=/mail/sentitems/rp

https://outlook.live.com/owa/?path=/mail/sentitems/rp

12-7-2017

12-7-2017

E-mail - kamalhajiri@hotmail.com

(740) Representative
No entry for application number EM5000000016917536
(750) Correspondence address
No entry for application number EM5000000016917536
(780) Seniority
No entry for application number EM5000000016917536
Exhibition priority
No entry for application number EM5000000016917536
Priority
No entry for application number EM5000000016917536
International registration transformation
09/07/2017
3 / 4
No entry for application number EM5000000016917536
Publication
Publication number Publication section Publication date Publication page
2017/125 A.1 2017-07-05 0
Opposition
No entry for application number EM5000000016917536
Records
Trade mark events
(350) Event date Event description
27 - 06 - 2017 T_EXA_VALID_BASIC_FEE
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
27 - 06 - 2017 T_EXA_VALID_CLASS_FEE
05 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_PROV_FIL_DATE
28 - 06 - 2017 T_EXA_LANG_CHECK
27 - 06 - 2017 T_EXA_CLASSIFICATION
29 - 06 - 2017 T_EXA_ABS_GROUNDS
03 - 07 - 2017 T_EXA_FEES_FIN_CHECK
24 - 06 - 2017 T_EXA_KEY_IN
27 - 06 - 2017 T_EXA_COM_SEARCH
03 - 07 - 2017 T_EXA_FORM
03 - 07 - 2017 T_EXA_REQ_TRANS
03 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
05 - 07 - 2017 T_EXA_PUBL_AI
Cancellation
09/07/2017
4 / 4
No entry for application number EM5000000016917536
Appeals
No entry for application number EM5000000016917536
Renewals
No entry for application number EM5000000016917536

---

E-mail - kamalhajiri@hotmail.com

APPENDIX V EM5000000016917536

09/07/2017
1 / 4
Trade mark
DIVA STASH
(210) Application number 016917536
(270) Application language nl
(220) Application date 2017-06-24
Second language en
Trade mark office EUIPO - EUIPO
(190) Registration office EM
Receiving office number E63398696
Receiving office date 2017-06-24
(550) Trade mark type Figurative
(551) Kind of mark Individual
(511) Nice classification 18,20,21
(531) Vienna classification 03.13.01
Current trade mark status Application published
Status date 2017-07-05
Opposition period start date 2017-07-05
Opposition period end date 2017-10-05
(551) Acquired distinctiveness false
(591) List of goods and services
NL
(511) Nice class number 18
09/07/2017
2 / 4
NL
List of goods and services Reiskoffers en koffers.
(511) Nice class number 20
List of goods and services Opbergmeubelen; Spiegels.
(511) Nice class number 21
List of goods and services Cosmeticahouders.
(731?)(732?)(733?) Owner
Applicant identifier 687778
Name Kamal Hajiri
Organization name Kamal Hajiri
(441) Applicant legal entity Physical Person
Applicant nationality code MA
Applicant incorporation country code NL
Address country NL
Street Weteringkade 22B
City Den Haag
Postcode 2515 AP

pagina 8 van 8

E-mail - kamalhajiri@hotmail.com

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 03 WHOIS https   www.whois.com whois divastash

28/08/2017

APPENDIX 01 TO 24

12-7-2017

Whois divastash.com

pagina 1 van 3

DOMAINS   HOSTING   CLOUD   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   o

## divastash.com

Updates 1 second ago ○

### DOMAIN INFORMATION

Domain: divastash.com
Registrar: NAMESILO, LLC
Registration Date: 2017-06-24
Expiration Date: 2018-06-24
Updated Date: 2017-06-24
Status: clientTransferProhibited
Name Servers: ns1.dnsowl.com
ns2.dnsowl.com
ns3.dnsowl.com

### REGISTRANT CONTACT

Name: Domain Admin / This Domain is For Sale
Organization: HugeDomains
Street: 1928 E. Highland Ave. Ste F104 PMB# 255
City: Phoenix
State: AZ
Postal Code: 85016
Country: US
Phone: +1.3478717726
Email: domain@domedomains.com

### ADMINISTRATIVE CONTACT

Name: Domain Admin / This Domain is For Sale
Organization: HugeDomains
Street: 1928 E. Highland Ave. Ste F104 PMB# 255
City: Phoenix
State: AZ
Postal Code: 85016
Country: US
Phone: +1.3478717726
Email: domain@domedomains.com

### TECHNICAL CONTACT

Name: Domain Admin / This Domain is For Sale
Organization: HugeDomains
Street: 1928 E. Highland Ave. Ste F104 PMB# 255
City: Phoenix
State: AZ
Postal Code: 85016
Country: US
Phone: +1.3478717726
Email: domain@domedomains.com

### RAW WHOIS DATA

---

Whois divastash.com

pagina 2 van 3

.top

Get your .TOP at just $2.48!

LOGIN   OR   CREATE AN ACCOUNT

Follow us ▪

### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring

### Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates

### related domain names

Whois divastash.com

pagina 3 van 3

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

Backup and Recovery

Sitelock
CodeGuard

Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

## APPENDIX 04 website infringement divastash

APPENDIX 01 TO 24

28/08/2017

8-7-2017

## APPENDIX 05 website infringement by namesilo



APPENDIX 06 EUTM 016917536

28/08/2017

APPENDIX 01 TO 24



UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM//HOME OF DOMAINS - NAMESILO
CASE 101662

APPENDIX 07 EMS0000016917536

28/08/2017



09/07/2017

# TMview

**Trade mark**

DIVA STASH



DIVA STASH

| | |
|---|---|
| (210/260) Application number | 016917536 |
| (270) Application language | nl |
| (220) Application date | 2017-06-24 |
| Second language | en |
| Trade mark office | EUIPO - EUIPO |
| (190) Registration office | EM |
| Receiving office number | E63398696 |
| Receiving office date | 2017-06-24 |
| (550) Trade mark type | Figurative |
| (551) Kind of mark | Individual |
| (511) Nice classification | 18,20,21 |
| (531V552) Vienna classification | 03.13.01 |
| Current trade mark status | Application published |
| Status date | 2017-07-05 |
| Opposition period start date | 2017-07-05 |
| Opposition period end date | 2017-10-05 |
| (822) Acquired distinctiveness | false |
| (510) List of goods and services | |

**NL**

| | |
|---|---|
| (511) Nice class number | 18 |

---

09/07/2017

# TMview

**NL**

| | |
|---|---|
| List of goods and services | Reiskoffers en koffers. |
| (511) Nice class number | 20 |
| List of goods and services | Opbergmeubelen; Spiegels. |
| (511) Nice class number | 21 |
| List of goods and services | Cosmeticahouders. |

**(730/731/732/733) Owner**

| | |
|---|---|
| Applicant identifier | 687778 |
| Name | Kamal Hajiri |
| Organization name | Kamal Hajiri |
| (842) Applicant legal entity | Physical Person |
| Applicant nationality code | MA |
| Applicant incorporation country code | NL |
| Address country | NL |
| Address country | NL |
| Street | Weteringkade 22B |
| City | Den Haag |
| Postcode | 2515 AP |

**(740) Representative**

No entry for application number EM5000000016917536

**(750) Correspondence address**

No entry for application number EM5000000016917536

**(350) Seniority**

No entry for application number EM5000000016917536

**Exhibition priority**

No entry for application number EM5000000016917536

**Priority**

No entry for application number EM5000000016917536

International registration transformation

09/07/2017

09/07/2017

# TMview

No entry for application number EM50000001691 7536

**Publication**

| Publication number | Publication section | Publication date | Publication page |
|---|---|---|---|
| 2017/125 | A.1 | 2017-07-05 | 0 |

**Opposition**

No entry for application number EM50000001691 7536

**Recordals**

| Trade mark events | |
|---|---|
| (880) Event date | Event description |
| 27 - 06 - 2017 | T_EXA_VALID_BASIC_FEE |
| 27 - 06 - 2017 | T_EXA_NOTIFICATION |
| 27 - 06 - 2017 | T_EXA_NOTIFICATION |
| 27 - 06 - 2017 | T_EXA_MOD_DOSSIER_MILESTONE |
| 27 - 06 - 2017 | T_EXA_VALID_CLASS_FEE |
| 05 - 07 - 2017 | T_EXA_MOD_DOSSIER_MILESTONE |
| 24 - 06 - 2017 | T_EXA_MOD_DOSSIER_MILESTONE |
| 24 - 06 - 2017 | T_EXA_PROV_FIL_DATE |
| 28 - 06 - 2017 | T_EXA_LANG_CHECK |
| 27 - 06 - 2017 | T_EXA_CLASSIFICATION |
| 29 - 06 - 2017 | T_EXA_ABS_GROUNDS |
| 03 - 07 - 2017 | T_EXA_FEES_FIN_CHECK |
| 24 - 06 - 2017 | T_EXA_KEY_IN |
| 27 - 06 - 2017 | T_EXA_COM_SEARCH |
| 03 - 07 - 2017 | T_EXA_FORM |
| 03 - 07 - 2017 | T_EXA_REQ_TRANS |
| 03 - 07 - 2017 | T_EXA_MOD_DOSSIER_MILESTONE |
| 05 - 07 - 2017 | T_EXA_PUBL_A1 |

**Cancellation**

---

09/07/2017

# TMview

No entry for application number EM50000001691 7536

**Appeals**

No entry for application number EM50000001691 7536

**Renewals**

No entry for application number EM50000001691 7536

E-mail - kamalhajiri@hotmail.com

pagina 1 van 8

Ynt: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

Home of Domains Home of Domains <domain@homeofdomains.com>

zo 9-7-2017 20:55

Aan Kamal <kamalhajiri@hotmail.com>; admin@homeofdomains.com <admin@homeofdomains.com>;

Dear Customer,

Divastash.com is for sale on NameSilo.com, 950 USD

There is no other opportunity to buy this premium name

Buy Link: www.divastash.com

Best Regards

**Gönderen: Kamal <kamalhajiri@hotmail.com>**
**Gönderildi: 9 Temmuz 2017 Pazar 17:32:53**
**Kime: Home of Domains; Home of Domains Home of Domains;**
**admin@homeofdomains.com**
**Kthu: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter**

**CEASE & DESIST DEMAND**

July 10, 2017

**Kamal Hajiri**
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Letter Mail**
HOME OF DOMAINS
1928 E. Highland Avenue, Ste F104 PMB# 255
Phoenix, AZ 85016

Dear Sirs,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name 'www.divastash.com' can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered

https://outlook.live.com/owa/?path=/mail/inbox/rp

9-7-2017

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 103662

**APPENDIX 08 REPLY HOD ON C&D LETTER 07-10-2017**

28/08/2017

mark. Infringement only for profit purposes and damages the goodwill of the registered mark that result in the loss of the rights to the market.

Your registration (and use) and offering for sale of the domain name 'www.divastash.com' also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages -- up to $100,000 per domain. 15 U.S.C. § 1117(d).

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 15, 2017, that:

i.   you have immediately ceased all trademark infringement; and
ii.  you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and
iii. you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https   www.whois.com whois 'www.divastash.com'

APPENDIX II website infringement 'DIVA STASH®'

APPENDIX III website infringement 'DIVA STASH®' by namesilo

APPENDIX IV EUTM 016917536

APPENDIX V EM500000016917536

**APPENDIX I_https   www.whois.com whois 'www.divastash.com'**

E-mail - kamalhajiri@hotmail.com

**APPENDIX II website infringement 'DIVA STASH'®**

APPENDIX II website infringement divastash.jpg

**APPENDIX III website infringement 'DIVA STASH'® by namesilo**

---

E-mail - kamalhajiri@hotmail.com

APPENDIX II website infringement divastash.jpg

**APPENDIX IV EUTM 016917536**

APPENDIX II website infringement divastash.jpg

pagina 6 van 8

**APPENDIX V EM5000000016917536**

09/07/2017
1 / 4
Trade mark
**DIVA STASH**
(210/551) Application number 016917536
(270) Application language nl
(220) Application date 2017-06-24
Second language en
Trade mark office EUIPO - EUIPO
(190) Registration office EM
Receiving office number E6339896
Receiving office date 2017-06-24
(550) Trade mark type Figurative
(551) Kind of mark Individual
(591) Nice classification 18,20,21
(591/531) Vienna classification 03.13.01
Current trade mark status Application published
Status date 2017-07-05
Opposition period start date 2017-07-05
Opposition period end date 2017-10-05
(551) Acquired distinctiveness false
(551) List of goods and services
NL
(591) Nice class number 18
2 / 4
09/07/2017
NL
List of goods and services Reiskoffers en koffers.
(591) Nice class number 20
List of goods and services Opbergmeubelen; Spiegels.
(591) Nice class number 21
List of goods and services Cosmeticahouders.
(731/732/733) Owner
Applicant identifier 687778
Name Kamal Hajiri
Organization name Kamal Hajiri
(840) Applicant legal entity Physical Person
Applicant nationality code MA
Applicant incorporation country code NL
Address country NL
Address country NL
Street Weteringkade 22B
City Den Haag
Postcode 2515 AP

pagina 7 van 8

(740) **Representative**
No entry for application number EM5000000016917536
(750) **Correspondence address**
No entry for application number EM5000000016917536
(450) **Seniority**
No entry for application number EM5000000016917536
**Exhibition priority**
No entry for application number EM5000000016917536
**Priority**
No entry for application number EM5000000016917536
**International registration transformation**
09/07/2017
3 / 4
No entry for application number EM5000000016917536
**Publication**
**Publication number Publication section Publication date Publication page**
2017/125 A.1 2017-07-05 0
**Opposition**
No entry for application number EM5000000016917536
**Recordals**
Trade mark events
(450) Event date Event description
27 - 06 - 2017 T_EXA_VALID_BASIC_FEE
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
27 - 06 - 2017 T_EXA_VALID_CLASS_FEE
05 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_PROV_FIL_DATE
28 - 06 - 2017 T_EXA_LANG_CHECK
27 - 06 - 2017 T_EXA_CLASSIFICATION
29 - 06 - 2017 T_EXA_ABS_GROUNDS
03 - 07 - 2017 T_EXA_FEES_FIN_CHECK
24 - 06 - 2017 T_EXA_KEY_IN
27 - 06 - 2017 T_EXA_COM_SEARCH
03 - 07 - 2017 T_EXA_FORM
03 - 07 - 2017 T_EXA_REQ_TRANS
03 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
05 - 07 - 2017 T_EXA_PUBL_A1
**Cancellation**
09/07/2017
4 / 4
No entry for application number EM5000000016917536
**Appeals**
No entry for application number EM5000000016917536
**Renewals**
No entry for application number EM5000000016917536

E-mail - kamalhajiri@hotmail.com

pagina 8 van 8

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 09 EMAIL CORRESPONDANCE NAMESILO REPORT ABUSE

APPENDIX 01 TO 24

28/08/2017

9-7-2017

https://outlook.live.com/owa/?path=/mail/inbox/rp

## 2017-07-10 Hajiri_NAMESILO_cease_and_desist_letter

Kamal

zo 9-7-2017 16:00

Aan abuse@namesilo.com <abuse@namesilo.com>;

Urgentie: Hoog

6 bijlagen (2 MB)

2017-07-10Hajiri_NAMESILO_cease_and_desist_letter.pdf; APPENDIX I_https www.whois.com whois divastash.pdf; APPENDIX II website infringement divastash.jpg; APPENDIX III website infringement by namesilo.jpg; APPENDIX IV EUTM 016917536.jpg; APPENDIX V EM5000000016917536.pdf;

# CEASE & DESIST DEMAND

**Kamal Hajiri**
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Letter Mail**
NAMESILO
1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014

July 10, 2017

Dear Mr. Goldfarb,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name 'www.divastash.com' can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered mark. Infringement only for profit purposes and damages the goodwill of the registered mark that result in the loss of the rights to the market.

Your registration (and use) and offering for sale of the domain name 'www.divastash.com' also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages – up to $100,000 per domain. 15 U.S.C. § 1117(d).

---

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 15, 2017, that:

i. you have immediately ceased all trademark infringement; and
ii. you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and
iii. you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https   www.whois.com whois 'www.divastash.com'

APPENDIX II website infringement 'DIVA STASH®'

APPENDIX III website infringement 'DIVA STASH®' by namesilo

APPENDIX IV EUTM 016917536

APPENDIX V EM5000000016917536

**APPENDIX I_https   www.whois.com whois 'www.divastash.com'**

E-mail - kamalhajiri@hotmail.com

**APPENDIX II website infringement 'DIVA STASH'®:**

APPENDIX II website infringement divastash.jpg

E-mail - kamalhajiri@hotmail.com

**APPENDIX III website infringement 'DIVA STASH'®: by namesilo**

E-mail – kamalhajiri@hotmail.com

**APPENDIX V EM5000001691536**

09/07/2017
1 / 4
Trade mark
**DIVA STASH**
(210/260) Application number 016917536
(270) Application language nl
(220) Application date 2017-06-24
Second language en
Trade mark office EUIPO - EUIPO
(190) Registration office EM
Receiving office number E63398696
Receiving office date 2017-06-24
(550) Trade mark type Figurative
(551) Kind of mark Individual
(511) Nice classification 18,20,21
(591/531) Vienna classification 03.13.01
Current trade mark status Application published
Status date 2017-07-05
Opposition period start date 2017-07-05
Opposition period end date 2017-10-05
(581) Acquired distinctiveness false
(511) List of goods and services
NL
(511) Nice class number 18
09/07/2017
2 / 4
NL
List of goods and services Reiskoffers en koffers.
(511) Nice class number 20
List of goods and services Opbergmeubelen; Spiegels.
(511) Nice class number 21
List of goods and services Cosmeticahouders.
(730/731/732/733) Owner
Applicant identifier 687778
Name Kamal Hajiri
Organization name Kamal Hajiri
(842) Applicant legal entity Physical Person
Applicant nationality code MA
Applicant incorporation country code NL
Address country NL
Address country NL
Street Weteringkade 22B
City Den Haag

---

E-mail – kamalhajiri@hotmail.com

APPENDIX II website infringement divastash.jpg

**APPENDIX IV EUTM 016917536**

APPENDIX II website infringement divastash.jpg

E-mail - kamalhajiri@hotmail.com

E-mail - kamalhajiri@hotmail.com

Postcode 2515 AP
(780) Representative
No entry for application number EM5000000016917536
(730) Correspondence address
(350) Seniority
No entry for application number EM5000000016917536
Exhibition priority
No entry for application number EM5000000016917536
Priority
No entry for application number EM5000000016917536
International registration transformation
09/07/2017
3/4
No entry for application number EM5000000016917536
Publication
Publication number Publication section Publication date Publication page
2017/125 A.1 2017-07-05 0
Opposition
No entry for application number EM5000000016917536
Recordals
Trade mark events
(550) Event date Event description
27-06-2017 T_EXA_VALID_BASIC_FEE
27-06-2017 T_EXA_NOTIFICATION
27-06-2017 T_EXA_NOTIFICATION
27-06-2017 T_EXA_MOD_DOSSIER_MILESTONE
27-06-2017 T_EXA_VALID_CLASS_FEE
05-07-2017 T_EXA_MOD_DOSSIER_MILESTONE
24-06-2017 T_EXA_MOD_DOSSIER_MILESTONE
24-06-2017 T_EXA_PROV_FIL_DATE
28-06-2017 T_EXA_LANG_CHECK
27-06-2017 T_EXA_CLASSIFICATION
29-06-2017 T_EXA_ABS_GROUNDS
03-07-2017 T_EXA_FEES_FIN_CHECK
24-06-2017 T_EXA_KEY_IN
27-06-2017 T_EXA_COM_SEARCH
03-07-2017 T_EXA_FORM
03-07-2017 T_EXA_REQ_TRANS
03-07-2017 T_EXA_MOD_DOSSIER_MILESTONE
05-07-2017 T_EXA_PUBL_A1
Cancellation
09/07/2017
4/4
No entry for application number EM5000000016917536
Appeals
No entry for application number EM5000000016917536
Renewals
No entry for application number EM5000000016917536

E-mail - kamalhajiri@hotmail.com

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

pagina 9 van 9

# APPENDIX 10 EMAIL CORRESPONDANCE NAMESILO 01

APPENDIX 01 TO 24

28/08/2017

27-8-2017

https://outlook.live.com/owa/?path=/mail/sentitems/rp

E-mail - kamalhajiri@hotmail.com

pagina 1 van 9

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 11 EMAIL CORRESPONDANCE NAMESILO 02

RESELLER PROBLEM - 2017-07-10 Hajiri_HOME OF
DOMAINS_cease_and_desist_letter

Kamal

di 11-7-2017 18:35

Aan support@namesilo.com <support@namesilo.com>;

Origineur: Hoog

5 bijlagen (1 MB)

APPENDIX I, https www.whois.com whois divastash.pdf; APPENDIX II website infringement divastash.jpg; APPENDIX III
website infringement by namesilo.jpg; APPENDIX IV ELITM.01697536.jpg; APPENDIX V EMS00000001697536.pdf;

**Dear Sirs,**

**Can you confirm receipt of my letter, please?**

**Kindest Regards,**

**Kamal Hajiri**

_____

**Van:** Home of Domains Home of Domains <domain@homeofdomains.com>
**Verzonden:** zondag 9 juli 2017 20:55
**Aan:** Kamal; admin@homeofdomains.com
**Onderwerp:** Ynt: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

Dear Customer,

Divastash.com is for sale on NameSilo.com, 950 USD

There is no other opportunity to buy this premium name

Buy Link: www.divastash.com

Best Regards

https://outlook.live.com/owa/?path=/mail/sentitems/rp          12-7-2017

APPENDIX 01 TO 24          28/08/2017

E-mail - kamalhajiri@hotmail.com

pagina 1 van 9

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

**APPENDIX 12 CHAT namesilo**

## RESELLER PROBLEM

Kamal

di 11-7-2017 00:58

Aan support@namesilo.com <support@namesilo.com>;

Urgentie   Hoog

1 bijlagen (204 KB)

Antw_HOD_2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter.pdf;

**Dear Sirs,**

**I have tried to reach online support by telephone
but when I call nobody answers.
You can't also leave a voicemail message.**

**Can you please take immediately action.
Thank you very much for your help.**

**Best Regards,**

**Kamal Hajiri**

---

**Van:** Kamal <kamalhajiri@hotmail.com>
**Verzonden:** dinsdag 11 juli 2017 00:38
**Aan:** support@namesilo.com
**Onderwerp:** RESELLER PROBLEM

**Dear Sirs,**

**Can You PLEASE confirm that you have received my complaint.**

APPENDIX 01 TO 24                    28/08/2017

https://outlook.live.com/owa/?path=/mail/sentitems/rp                    12-7-2017

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

# APPENDIX 13 EMAIL CORRESPONDANCE C&D LETTER HOD

APPENDIX 01 TO 24

28/08/2017



# 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

Kamal

di 11-7-2017 20:46

Aandomain@homeofdomains.com; <domain@homeofdomains.com>;

Urgente: Hoog

6 bijlagen (2 MB)

2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter.pdf; APPENDIX I_https www.whois.com whois divastash.pdf; APPENDIX II website infringement divastash.jpg; APPENDIX III website infringement by namesilo.jpg; APPENDIX IV EUTM 016917536.jpg; APPENDIX V EM5000000169175536.pdf;

Van: Kamal <kamalhajiri@hotmail.com>
Verzonden: zondag 9 juli 2017 16:32
Aan: domain@homeofdomains.com; domain@homeofdomains.com; admin@homeofdomains.com
Onderwerp: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

## CEASE & DESIST DEMAND

July 10, 2017

**Kamal Hajiri**
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Letter Mail**
HOME OF DOMAINS
1928 E. Highland Avenue. Ste F104 PMB# 255
Phoenix, AZ 85016

Dear Sirs,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name 'www.divastash.com' can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered

mark. Infringement only for profit purposes and damages the goodwill of the registered mark that result in the loss of the rights to the market.

Your registration (and use) and offering for sale of the domain name "www.divastash.com" also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages – up to $100,000 per domain. 15 U.S.C. § 1117(d).

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 15, 2017, that:

i. you have immediately ceased all trademark infringement; and
ii. you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and
iii. you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https   www.whois.com whois 'www.divastash.com'

APPENDIX II website infringement 'DIVA STASH®'

APPENDIX III website infringement 'DIVA STASH®' by namesilo

APPENDIX IV EUTM 016917536

APPENDIX V EM5000000169175536

**APPENDIX I_https   www.whois.com whois 'www.divastash.com'**

**APPENDIX II website infringement 'DIVA STASH®'**

APPENDIX II website infringement divastash.jpg

**APPENDIX III website infringement 'DIVA STASH®' by namesilo**

E-mail - kamalhajiri@hotmail.com

**APPENDIX V EM5000001691 7536**

09/07/2017
1 / 4
Trade mark
**DIVA STASH**
(210/260)Application number 016917536
(270)Application language nl
(220)Application date 2017-06-24
Second language en
Trade mark office EUIPO - EUIPO
(190)Registration office EM
Receiving office number E6398696
Receiving office date 2017-06-24
(550)Trade mark type Figurative
(551)Kind of mark Individual
(511)Nice classification 18,20,21
(531/531)Vienna classification 03.13.01
Current trade mark status Application published
Status date 2017-07-05
Opposition period start date 2017-07-05
Opposition period end date 2017-10-05
(450)Acquired distinctiveness false
(510)List of goods and services
NL
(511)Nice class number 18
09/07/2017
2 / 4
NL
List of goods and services Reiskoffers en koffers.
(511)Nice class number 20
List of goods and services Opbergmeubelen; Spiegels.
(511)Nice class number 21
List of goods and services Cosmeticahouders.
(731/732/733) Owner
Applicant identifier 687778
Name Kamal Hajiri
Organization name Kamal Hajiri
(740)Applicant legal entity Physical Person
Applicant nationality code MA
Applicant incorporation country code NL
Address country NL
Address country NL
Street Weteringkade 22B
City Den Haag
Postcode 2515 AP

E-mail - kamalhajiri@hotmail.com

APPENDIX II website infringement divastash.jpg

**APPENDIX IV EUTM 016917536**

APPENDIX II website infringement divastash.jpg

E-mail - kamalhajiri@hotmail.com

E-mail - kamalhajiri@hotmail.com

(740) Representative
No entry for application number EM500000016917536
(750) Correspondence address
No entry for application number EM500000016917536
(350) Seniority
No entry for application number EM500000016917536
Exhibition priority
No entry for application number EM500000016917536
Priority
No entry for application number EM500000016917536
International registration transformation
09/07/2017
3 / 4
Publication
Publication number Publication section Publication date Publication page
2017/125 A.1 2017-07-05 0
Opposition
No entry for application number EM500000016917536
Recordals
Trade mark events
(580) Event date Event description
27 - 06 - 2017 T_EXA_VALID_BASIC_FEE
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
27 - 06 - 2017 T_EXA_VALID_CLASS_FEE
05 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_PROV_FIL_DATE
28 - 06 - 2017 T_EXA_LANG_CHECK
27 - 06 - 2017 T_EXA_CLASSIFICATION
29 - 06 - 2017 T_EXA_ABS_GROUNDS
03 - 07 - 2017 T_EXA_FEES_FIN_CHECK
24 - 06 - 2017 T_EXA_KEY_IN
27 - 06 - 2017 T_EXA_COM_SEARCH
03 - 07 - 2017 T_EXA_FORM
03 - 07 - 2017 T_EXA_REQ_TRANS
03 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
05 - 07 - 2017 T_EXA_PUBL_A1
Cancellation
09/07/2017
4 / 4
Appeals
No entry for application number EM500000016917536
Renewals
No entry for application number EM500000016917536

pagina 1 van 9

E-mail - kamalhajiri@hotmail.com

RESELLER PROBLEM 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

Kamal

wo 12-7-2017 10:15

Aan goldfix0@namesilo.com <goldfix@namesilo.com>;

Uitgomie  Hoog

6 bijlagen (2 MB)

2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter.pdf; APPENDIX I https-www.whois Lhttps www.whois divastash.pdf; APPENDIX II website infringement divastash.jpg; APPENDIX III website infringement by namesilo.jpg; APPENDIX IV EUTM 016917536.jpg; APPENDIX V EM500000016917536.pdf;

---

Van: Kamal <kamalhajiri@hotmail.com>
Verzonden: dinsdag 11 juli 2017 20:46
Aan: domain@homeofdomains.com
Onderwerp: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

---

Van: Kamal <kamalhajiri@hotmail.com>
Verzonden: zondag 9 juli 2017 16:32
Aan: domain@homeofdomains.com; domain@homeofdomains.com; admin@homeofdomains.com
Onderwerp: 2017-07-10 Hajiri_HOME OF DOMAINS_cease_and_desist_letter

## CEASE & DESIST DEMAND

July 10, 2017

**Kamal Hajiri**
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Letter Mail**
HOME OF DOMAINS
1928 E. Highland Avenue. Ste F104 PMB# 255
Phoenix, AZ 85016

https://outlook.live.com/owa/?path=/mail/sentitems/rp

12-7-2017

---

## APPENDIX 14 EMAIL CORRESPONDANCE C&D LETTER NAMESILO

APPENDIX 01 TO 24

28/08/2017

Dear Sirs,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name 'www.divastash.com' can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered mark. Infringement only for profit purposes and damages the goodwill of the registered mark that result in the loss of the rights to the market.

Your registration (and use) and offering for sale of the domain name 'www.divastash.com' also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith, registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages – up to $100,000 per domain. 15 U.S.C. § 1117(d).

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 15, 2017, that:

i.   you have immediately ceased all trademark infringement; and
ii.  you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and
iii. you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https  www.whois.com whois 'www.divastash.com'

APPENDIX II website infringement 'DIVA STASH®'

APPENDIX III website infringement 'DIVA STASH®' by namesilo

APPENDIX IV EUTM 016917536

APPENDIX V EM500000016917536

APPENDIX I_https  www.whois.com whois 'www.divastash.com'

E-mail - kamalhajiri@hotmail.com

**APPENDIX II website infringement 'DIVA STASH®**

APPENDIX II website infringement divastash.jpg

**APPENDIX III website infringement 'DIVA STASH®' by namesilo**

https://outlook.live.com/owa/?path=/mail/sentitems/rp

E-mail - kamalhajiri@hotmail.com

https://outlook.live.com/owa/?path=/mail/sentitems/rp

E-mail - kamalhajiri@hotmail.com

pagina 6 van 9

E-mail - kamalhajiri@hotmail.com

pagina 7 van 9

APPENDIX II website infringement divastash.jpg

**APPENDIX IV EUTM 016917536**

APPENDIX II website infringement divastash.jpg

**APPENDIX V EM50000016917536**

09/07/2017
1 / 4
Trade mark
**DIVA STASH**
(210/260) Application number 016917536
(270) Application language nl
(220) Application date 2017-06-24
Second language en
Trade mark office EUIPO – EUIPO
(190) Registration office EM
Receiving office number E63398696
Receiving office date 2017-06-24
(550) Trade mark type Figurative
(551) Kind of mark Individual
(511) Nice classification 18,20,21
(550/650) Vienna classification 03.13.01
Current trade mark status Application published
Status date 2017-07-05
Opposition period start date 2017-07-05
Opposition period end date 2017-10-05
(551) Acquired distinctiveness false
(511) List of goods and services
NL
(511) Nice class number 18
09/07/2017
2 / 4
NL
List of goods and services Reiskoffers en koffers.
(511) Nice class number 20
List of goods and services Opbergmeubelen; Spiegels.
(511) Nice class number 21
List of goods and services Cosmeticahouders.
(730/731/732/733) Owner
Applicant identifier 687778
Name Kamal Hajiri
Organization name Kamal Hajiri
(662) Applicant legal entity Physical Person
Applicant nationality code MA
Applicant incorporation country code NL
Address country NL
Address country NL
Street Wetringkade 22B
City Den Haag
Postcode 2515 AP

12-7-2017

https://outlook.live.com/owa/?path=/mail/sentitems/rp

12-7-2017

https://outlook.live.com/owa/?path=/mail/sentitems/rp

E-mail - kamalhajiri@hotmail.com

(rep)Representative
No entry for application number EM5000000016917536
(cs0)Correspondence address
No entry for application number EM5000000016917536
(us0)Seniority
No entry for application number EM5000000016917536
Exhibition priority
No entry for application number EM5000000016917536
Priority
No entry for application number EM5000000016917536
International registration transformation
09/07/2017
3/4
No entry for application number EM5000000016917536
Publication
Publication number Publication section Publication date Publication page
2017/125 A.1 2017-07-05 0
Opposition
No entry for application number EM5000000016917536
Recordals
Trade mark events
(es)Event date Event description
27 - 06 - 2017 T_EXA_VALID_BASIC_FEE
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_NOTIFICATION
27 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
27 - 06 - 2017 T_EXA_VALID_CLASS_FEE
05 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
24 - 06 - 2017 T_EXA_PROV_FIL_DATE
28 - 06 - 2017 T_EXA_LANG_CHECK
27 - 06 - 2017 T_EXA_CLASSIFICATION
29 - 06 - 2017 T_EXA_ABS_GROUNDS
03 - 07 - 2017 T_EXA_FEES_FIN_CHECK
24 - 06 - 2017 T_EXA_KEY_IN
27 - 06 - 2017 T_EXA_COM_SEARCH
03 - 07 - 2017 T_EXA_FORM
03 - 07 - 2017 T_EXA_REQ_TRANS
03 - 07 - 2017 T_EXA_MOD_DOSSIER_MILESTONE
05 - 07 - 2017 T_EXA_PUBL_A1
Cancellation
09/07/2017
4/4
No entry for application number EM5000000016917536
Appeals
No entry for application number EM5000000016917536
Renewals
No entry for application number EM5000000016917536

# APPENDIX 15 REGISTERED MAIL C&D LETTER NAMESILO

CEASE & DESIST DEMAND

July 17, 2017

Kamal Hajiri
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

**Via E-mail and Registered Mail**
NAMESILO
1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014

Dear Mr. Goldfarb,

I am Kamal Hajiri, owner of several registered patents, copyrights and the trademark 'DIVA STASH®'. As such, I write because you are infringing on my trademark and causing me damage by cyber squatting. Cyber squatting is when a person registers or uses a domain name in bad faith that is the same or similar to a trademark that is owned by someone else.

The registration and using of the domain name 'www.divastash.com' can be marked as a bad faith intent to profit from another's mark and the domain name is confusingly similar to my registered mark. Infringement only for profit purposes and damages the goodwill of the registered mark, that result in the loss of the rights to the market.

Your registration (and use) and offering (for sale of the domain name 'www.divastash.com') also constitutes cyber-piracy in violation of the U.S. Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Like the Lanham Act, under Anti-Cybersquatting Act, any person who, in bad faith registers a domain name that is identical or confusingly similar to the trademark of another person can be held liable for damages -- up to $100,000 per domain. 15 U.S.C. § 1117(d).

In short, I consider this to be a very serious matter and I will take all necessary and appropriate actions to bring an immediate halt to your blatant and unauthorized use of this trademark. In the interest of avoiding what will certainly be a costly litigation process for you, we are prepared to offer you the one-time opportunity to rectify this matter by providing us with your prompt written assurances, to be received no later than July 23, 2017, that:

    (i)    you have immediately ceased all trademark infringement; and

    (ii)    you agree not to associate 'DIVA STASH®' with you or your commercial activities in any way, at any point in the future; and

    (iii)    you will immediately transfer your infringing Domain Name to me

If I do not receive these assurances by the aforesaid date, we will pursue all remedies available at law, or in equity against you. I look forward to your prompt written response.

Very truly yours,

Kamal Hajiri

APPENDIX I_https //www.whois.com whois 'www.divastash.com'
APPENDIX II website infringement 'DIVA STASH®'
APPENDIX III website infringement 'DIVA STASH®' by namesilo
APPENDIX IV EUTM 016017536
APPENDIX V EM500000016917536

Cease & Desist Demand Hajiri-NAMESILO

1/6

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO

CASE 101662

## APPENDIX 16 RECEIPT REGISTERED MAIL C&D LETTER NAMESILO

PostNL

Barcode     : RNII7836605NL        (AVP)
Product     : Aanmelkaanse Brief BTL
Gewicht     : 89 g
Aan         : 85014
Bestemming  : US

Hel veruder geschiedt door PostNL
onder de rellende Aemeen Voorwaarden
universele Postdienst (laatste versie).
Deze kunt u vinden op www.postnl.nl/
U kunt uw zending volgen op
www.internationalparceltracking.com.

114113 17-07-17 15:31 183352620472600

Tarief-                     EUR 16.95
Reeds gefrankeerd: EUR 0
Door u Betaald:          EUR 16.95

**APPENDIX 17 website infringement by namesilo**

Domain Search Results
namesilo
domains. cheap, easy and secure.
home
transfer
marketplace
pricing
why us?
support
SEARCH
YOUR SEARCH
.COM
.NET
.ORG
.BIZ
.INFO
.SITE
.TOP
.XYZ
REMOVE
divastash
REGISTER CHECKED DOMAINS
Premium Domains
What is a Premium Domain?
Buy Now
Looking for more extensions?
We've got you covered...
Didn't find what you were looking for?
10:38
24-7-2017

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

**APPENDIX 18 website infringement divastash**



28/08/2017

UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 1016662

## APPENDIX 19 RECEIPT REGISTER MAIL C&D LETTER NAMESILO
### RECEIVED

## Tracking status

| | | | | Afgeleverd |
|---|---|---|---|---|
| | | | | vr 18 aug. 11:47 |

Verzend-
informatie
ontvangen

In transit

Aangekomen
in land van
bestemming

Onderweg
met
pakketten-
chauffeur

Afgeleverd

### Pakketdetails

| | |
|---|---|
| Barcode | RN173960656NL |
| Referentie | RN173960656NL |
| | |
| Ontvanger | 85014 |
| | Verenigde-Staten |

Verzenddatum          ma 17 jul. 15:34

# APPENDIX 20 NAMESILO Reseller Complaint & Policies

28/08/2017

APPENDIX 01 TO 24

**Tracking gebeurtenissen**

| Datum | Tijd | Plaats | Status |
|---|---|---|---|
| vr 18 aug | 11:47 | | Zending is bezorgd |
| za 12 aug | 20:03 | | Zending in sorteercentrum buitenland |
| di 18 jul | 02:21 | NL | Klaar voor transport naar buitenland |
| ma 17 jul | 21:01 | NL | Zending is bij PostNL |
| ma 17 jul | 15:34 | NL | Zending is bij PostNL |
| ma 17 jul | 15:32 | | Zending wordt verwacht, maar zit nog niet in sorteerproces |

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

# APPENDIX 21 website infringement divastash

28/08/2017

APPENDIX 01 TO 24

## silo
domains, cheap, easy and secure.

My Cart | Log In | Create New Account | Manage My Domains

home    register    transfer    marketplace    pricing    why us?    support

Search

### Why choose NameSilo?




cheap

easy

secure

tools

Support Home > Policies > Reseller Complaints and Policies

### Reseller Complaints and Policies

If you have a complaint that was registered via one of our resellers, partners, or is an abuse/content you are the reseller, and the account holder is unresponsive, please follow the steps listed below.

1. Verify that the domain name is registered with NameSilo. You can do this via a WHOIS search
2. Send a request in the reseller and copy us at support@namesilo.com
3. If the reseller does not reply to you within 72 hours, please share your email that or the same email address with our support at abuse@namesilo.com

4. Use our main attempt to reach the reseller to your merchant. If they do not reply to us, or are unwilling to help resolve the dispute, we may work with you to handle the dispute as best we can support your behalf
5. We will notify you and use this policy open to access your domain and should be within our purview as you advise you. We would also contact a valid government removal and request a domain.

### Other Reseller Topics

• We will not get involved in any disputes with resellers. You will need to address any particular issues correctly with the reseller
• We will not sue the reseller listed above. Please be sure to follow the many above the internal result
• Without our issue any charge or domains during the process listed above. We understand some changes are important to the reseller. But we must follow the steps listed above and allow adequate time for the reseller to respond
• If any information does not appear in WHOIS then there is likely not synchronous so can do to resolve your issue.

VISA [payment card logos]

Home | Register | Transfer | Pricing | Support | Log In | Contact Us | WHOIS

© 2005–2017 NameSilo, LLC.
All Rights Reserved

Follow us on Twitter

Like us on Facebook

UDRP ADR   KAMAL HAJRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 22 website infringement by namesilo

28/08/2017



APPENDIX 01 TO 24

UDRP ADR   KAMAL HAJIRI COMPLAINANT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

APPENDIX 23 27082017_HAJIRI_EUIPO_dsv-result-list

28/08/2017

APPENDIX 01 TO 24



UDRP ADR  KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 24 27082017_HAJIRI_EUIPO_dsv-result-list

28/08/2017

APPENDIX 01 TO 24



Find term amm:hajiri



| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,FI,DK,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 002778985 |
| Design number | 002778985-0001 |
| Registration number | 002778985-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 24-09-2015 |
| Registration date | 24-09-2015 |
| Publication date | 07-10-2015 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 002955963 |
| Design number | 002955963-0001 |
| Registration number | 002955963-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 23-01-2016 |
| Registration date | 23-01-2016 |
| Publication date | 03-02-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 003081686 |
| Design number | 003081686-0001 |
| Registration number | 003081686-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 22-04-2016 |
| Registration date | 22-04-2016 |
| Publication date | 10-05-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 003491778 |
| Design number | 003491778-0001 |
| Registration number | 003491778-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 30-11-2016 |
| Registration date | 30-11-2016 |
| Publication date | 27-12-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

**Record 1**

| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 003528959 |
| Design number | 003528959-0001 |
| Registration number | 003528959-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 20-12-2016 |
| Registration date | 20-12-2016 |
| Publication date | 11-01-2017 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

**Record 2**

| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 003866219 |
| Design number | 003866219-0002 |
| Registration number | 003866219-0002 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 21-04-2017 |
| Registration date | 21-04-2017 |
| Publication date | 08-05-2017 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

**Record 3**

| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | undefined |
| Verbal element | - |
| Application number | 003866219 |
| Design number | 003866219-0001 |
| Registration number | 003866219-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | - |
| Filing date | 21-04-2017 |
| Registration date | 21-04-2017 |
| Publication date | 08-05-2017 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

**Record 4**

| Field | Value |
|---|---|
| Design office | BX |
| Designated territory | LU,NL,BE |
| Indication of the product | Behuizingen voor handspiegeltjes |
| Verbal element | - |
| Application number | 8656001 |
| Design number | 86560-0001 |
| Registration number | 86560-0001 |
| Design status | Registered and fully published |
| Owner name | Kamal Hajiri |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | 03.01 |
| Filing date | - |
| Registration date | 01-07-2016 |
| Publication date | 01-07-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

| Field | Value |
|---|---|
| Design office | EM |
| Designated territory | LV,LU,LT,GB,HR,RO,HU,BG,FR,BE,DE,DK,FI,IE,CZ,AT,CY,SE,SI,SK,IT,MT,PL,PT,EM,GR,ES,NL,EE |
| Indication of the product | Composite storage furniture |
| Verbal element | - |
| Application number | 002672824 |
| Design number | 002672824-0001 |
| Registration number | 002672824-0001 |
| Design status | Registered |
| Owner name | HAJIRI |
| Previous owner name | - |
| Representative's name | - |
| Designer name | Kamal Hajiri |
| Class | 06.05 |
| Filing date | 31-03-2015 |
| Registration date | 31-03-2015 |
| Publication date | 13-01-2016 |
| Expiry date | 31-03-2020 |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | BX |
| Designated territory | LU,NL,BE |
| Indication of the product | Flacons voor nagellak |
| Verbal element | - |
| Application number | - |
| Design number | 8627101 |
| Registration number | 8627101-0001 |
| Design status | Registered and fully published |
| Owner name | Kamal Hajiri |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | 09.01,09.03 |
| Filing date | - |
| Registration date | 14-01-2016 |
| Publication date | 14-01-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | BX |
| Designated territory | LU,NL,BE |
| Indication of the product | Nagellakhouders |
| Verbal element | - |
| Application number | - |
| Design number | 3973200 |
| Registration number | 3973200-0000 |
| Design status | Registered and fully published |
| Owner name | Kamal Hajiri |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | 09.01,28.02 |
| Filing date | - |
| Registration date | 04-04-2014 |
| Publication date | 21-05-2014 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |



| Field | Value |
|---|---|
| Design office | BX |
| Designated territory | LU,NL,BE |
| Indication of the product | Samengesteld meubilair |
| Verbal element | - |
| Application number | - |
| Design number | 8662101 |
| Registration number | 8662101-0001 |
| Design status | Registered and fully published |
| Owner name | Kamal Hajiri |
| Previous owner name | - |
| Representative's name | - |
| Designer name | - |
| Class | 06.05 |
| Filing date | - |
| Registration date | 22-08-2016 |
| Publication date | 01-12-2016 |
| Expiry date | - |
| Effective date | - |
| Priority date | - |
| End of deferment | - |
| Priority number | - |
| Priority country | - |
| Exhibition priority | - |

UDRP ADR   KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

# APPENDIX 25 OTHER WEBSITES DIVASTASH REGISTERED



APPENDIX 25                    28/08/2017

UDRP ADR   KAMAL HAJIRI COMPLAINANT  WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662

## APPENDIX 26 DIVASTASH SOCIAL MEDIA

- facebook
- google, youtube
- instagram
- mail, hotmail, live
- pinterest
- twitter
- reddit
- tumblr
- vk
- pinterest
- flickr
- yahoo

UDRP ADR   KAMAL HAJIRI COMPLAINT WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662 AMEND COMPLAINT

Kamal Hajiri
Weteringkade 22B
2515 AP 's Gravenhage
THE NETHERLANDS
kamalhajiri@hotmail.com

September 01, 2017

Czech Arbitration Court
To: Mrs. Angelica Lodigiani
Vladislavova 17, 110 00 Prague 1
Czech Republic

Dear Sir/Madam,

I am Kamal Hajiri, owner of several registered patents (EUIPO and USPTO), copyrights and the trademark 'DIVA STASH®'. As such, I like to start a UDRP procedure because of trademark infringement on disputed domain name **'www.divastash.com'** by 'HOME OF DOMAINS' and 'NAMESILO.COM' which causes me damage.

1) **The domain name is identical or confusingly similar to a trademark in which the complainant has rights.** The complainant is owner of the EUTM 'divastash' registered on 24/06/2017 under number 016917536 for containers for cosmetics, trunks and suitcases, cupboards and mirrors in Nice classes 18, 20 and 21.
2) **The Respondent has no rights or legitimate interest in respect of the domain name.** To the best of complaint's knowledge, no person or entity anywhere in the world, other than the complainant, has the legal right to use the term 'divastash'. The word 'divastash' is an invented word. It does not appear in any dictionary and therefore, the word 'divastash' is to be considered dominant and distinctive.
3) **The domain name is registered and is being used in bad faith.** The respondent has no connection or affiliation of any kind in the specific market. The term 'divastash' has never been used for websites, trademarks or any commercial activity and therefore not known by the public until EUTM-office published the application on 05th July 2017. These circumstances indicating internet fraud, cybersquatting and preventing the owner of the trademark from reflecting the mark in a corresponding domain name. Respondents' bad faith is also evidenced by offering the website for sale, which also constitutes trademark and copyright infringement.

The complainant sent the respondent several warning letters by email and registered mail started on 09 July 2017 to stop the infringing use of the disputed domain name immediately. Up until now, these letters remained unanswered. Copy of the warning letters and printscreens of the disputed website as well as results of the EUIPO and EUTM database of TM number 016917536 and relevant documents have been attached to the complaint as an annex (appendix 01 – 26).

I, Kamal Hajiri started this project in 2013 to find the best solutions for women to store their nail polish and make up in a practical and stylish way. Different in this engineering-project is that time and money are subordinate to find the best solution of makeup storage. With the registration of all designs and trademark at the EUIPO the investment must be recouped. For marketing purposes it is of utmost importance that the disputed domain name **'www.divastash.com'** to be transferred to the owner of the trademark.

01/09/2017                                                                                    1/2

UDRP ADR   KAMAL HAJIRI COMPLAINT   WWW.DIVASTASH.COM/HOME OF DOMAINS - NAMESILO
CASE 101662 AMEND COMPLAINT

Also the inaccessibility of the CEO Mr. Goldfarb, the support desk of namesilo.com and Home of Domains makes it very bad. As a company they should know how it feels getting robbed like this.

All the above leads to the conclusion that the respondent has registered and is using the disputed domain name in bad faith.

I hope to have you informed enough to make a decision in this case.


Best Regards,

Kamal Hajiri


APPENDIX 01    PROGRESS PROCEDURE
APPENDIX 02    EMAIL CORRESPONDANCE C&D LETTER HOD
APPENDIX 03    WHOIS https  www.whois.com whois divastash
APPENDIX 04    website infringement divastash
APPENDIX 05    website infringement by namesilo
APPENDIX 06    EUTM 016917536
APPENDIX 07    EM500000016917536
APPENDIX 08    REPLY HOD ON C&D LETTER 07-10-2017
APPENDIX 09    EMAIL CORRESPONDANCE NAMESILO REPORT ABUSE
APPENDIX 10    EMAIL CORRESPONDANCE NAMESILO 01
APPENDIX 11    EMAIL CORRESPONDANCE NAMESILO 02
APPENDIX 12    CHAT namesilo
APPENDIX 13    EMAIL CORRESPONDANCE C&D LETTER HOD
APPENDIX 14    EMAIL CORRESPONDANCE C&D LETTER NAMESILO
APPENDIX 15    REGISTERED MAIL C&D LETTER NAMESILO
APPENDIX 16    RECEIPT REGISTERED MAIL C&D LETTER NAMESILO
APPENDIX 17    website infringement by namesilo
APPENDIX 18    website infringement divastash
APPENDIX 19    RECEIPT REGISTER MAIL C&D LETTER NAMESILO RECEIVED
APPENDIX 20    NAMESILO Reseller Complaint & Policies
APPENDIX 21    website infringement divastash
APPENDIX 22    website infringement by namesilo
APPENDIX 23    27082017_HAJIRI_EUIPO_dsv-result-list
APPENDIX 24    27082017_HAJIRI_EUIPO_dsv-result-list
APPENDIX 25    websites registration divastash
APPENDIX 26    social media registration divastash

On-line ADR Center of the Czech Arbitration Court (CAC)

## Panel Decision

§ 15 of the UDRP Rules (Rules), § 9 of the CAC's Supplemental Rules (Supplemental Rules)

| | |
|---|---|
| Case No. | 101662 |
| Time of Filing | 2017-08-30 14:24:16 |
| Disputed domain name | DIVASTASH.COM |

**Case Administrator**

| | |
|---|---|
| Name | Aneta Jelenová |

**Complainant**

| | |
|---|---|
| Name | KAMAL HAJIRI |
| Address | Weteringkade 22B |
| City, State (if applicable) | Den Haag |
| Country | Netherlands |
| ZIP/Postal Code | 2515 AP |
| E-mail | kamalhajiri@hotmail.com |
| Telephone | +31630289573 |
| Fax | |

**Respondent**

| | |
|---|---|
| Organization | HOME OF DOMAINS |
| Address | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City, State (if applicable) | PHOENIX |
| Country | United States |
| ZIP/Postal Code | AZ 85016 |
| E-mail | domain@homeofdomains.com |
| Telephone | +13478717726 |
| Fax | |

**Other Legal Proceedings**
None.

**Identification of rights**

EU trademark no. 016917536: figurative mark comprising a butterfly image and the words DIVA STASH in classes 18, 20, 21; application date 24 June 2017, publication date 5 July 2017, registration date 12 October 2017.

## Factual Background

The Respondent registered the disputed domain name on 24 June 2017 and has offered it for sale for $950. The Respondent has not otherwise used the disputed domain name or any corresponding name.

No response has been filed.

## Rights

The Complainant has, to the satisfaction of the Panel, shown the disputed domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights (within the meaning of paragraph 4(a)(i)of the Policy), although the Complainant only acquired such rights when its trademark application was granted on 12 October 2017, subsequent to the filing of the Complaint and the appointment of the Panel.

## No rights or legitimate interests

The Complainant has, to the satisfaction of the Panel, shown the Respondent to have no rights or legitimate interests in respect of the disputed domain name (within the meaning of paragraph 4(a)(ii)of the Policy).

## Bad faith

The Complainant has not shown that the disputed domain name has been registered and is being used in bad faith (within the meaning of paragraph 4(a)(iii)of the Policy). The Respondent registered the disputed domain name on the same date as the Complainant filed the trademark application relied upon and before that application was published. The Complainant states that the name "DIVASTASH" was not used commercially and not known to the public before publication of the trademark application on 5 July 2017. There is no evidence that the Respondent could have known of the Complainant's interest in the trademark or in the name "DIVA STASH" when it registered the disputed domain name. Although the Respondent has offered the disputed domain name for sale, there is no evidence that it registered the domain name for the purpose of selling it to the Complainant or a competitor of the Complainant within the meaning of paragraph 4(b)(i) of the UDRP or has otherwise acted in bad faith.

## Procedural Factors

The Panel is satisfied that all procedural requirements under UDRP were met once the complaint was amended following an indication from the CAC.

## Principal Reasons for the Decision

No evidence of bad faith. Disputed domain name was registered on same date as trademark application filed and before it was published or granted.

## Decision

For all the reasons stated above, the Complaint is                    Rejected

and the disputed domain name(s) are to be

DIVASTASH.COM                          Complaint rejected

**Panellists**

Name                                   **Jonathan Turner**

Date of Panel Decision                 2017-10-14

**Publication of the Decision**

Publish the Decision



APP. 2g

## About the divastash.com - Basic Information

| | |
|---|---|
| Website / Domain | divastash.com |
| IP Address | 167.114.213.199 |
| Global Alexa Rank | - |
| Country Alexa Rank | - |
| Created on | 2017-06-24T15:16:15Z |
| Expires on | - |
| Page Load Time | 9.22 seconds |

## How socially engaged is divastash.com?

    

| 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| Share | Comments | | Share | | views |

## Where is divastash.com hosted?

| | |
|---|---|
| IP | 167.114.213.199 |
| City | Montréal |
| Region | QC |
| Area Code | 0 |
| Dma Code | 0 |
| Country Code | CA |
| Country Name | Canada |
| Continent Code | NA |
| Latitude | 45.504 |
| Longitude | -73.5747 |
| RegionCode | QC |
| RegionName | Quebec |

### Search

https://www.google      Check

### Newly Added

- deepfink.org
- hyundaipole.com
- topprospectstx.com
- hangfold.win
- lironghai.com
- za599.com
  adaptcarolina.com
- xedulichlangson.net
- zyacintestosteronecomplex.net
  lianwuzhuangshi.com
- sequecomo.com
- xn--pss83kd1dlzkpum3yt51ucyl.com
- 3starcommunities.org
- wwwjs3309.com
- scalardevice.com
- 64levels.com
- topgameforkids.com
- zoho.gallery
- lifeskillshouse.com
- czosqc.com


marlies | dekkers
nieuwe COLLECTIE
ONTDEK

APP. 29



FunCustomCreations

## Alexa Traffic Statistics - divastash.com



| Country | Percent of Visitors | Rank in Country |
|---|---|---|

No data available for this site.
We do not have enough data to estimate these metrics. If this is your website,
sign up and get certified to get direct measurement of your site's traffic.

| Keyword | Perc |
|---|---|

No data available for
We do not have enou

Bounce Rate: -

Daily Pageviews per V

Daily Time on Site: -

FunCustomCreations

## Whois divastas...



Domain Name: DIVAS...
Registry Domain ID: 2... centrum
Registrar WHOIS Server...
Registrar URL: http://v...
Updated Date: 2017-0...
Creation Date: 2017-0...
Registry Expiry Date: 2...
Registrar: NameSilo, L...
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Name Server: NS1.DNSOWL.COM
Name Server: NS2.DNSOWL.COM
Name Server: NS3.DNSOWL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2017-08-29T15:15:15Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The R

## What is HTTP Headers of divastash.com

**Transfer-Encoding:** chunked
**Connection:** keep-alive
**Vary:** Accept-Encoding
**Pragma:** no-cache
**X-Proxy-Cache:** HIT
**Cache-Control:** no-store, no-cache, must-revalidate, post-check=0, pre-check=0



| | Afdeling<br>Bedrijfswerkzaamheden |
|---|---|

L101F (e-filing)

Alicante, 24/06/2017

Kamal Hajiri
Weteringkade 22B
NL-2515 AP Den Haag
NEDERLAND

**Ontvangst van een aanvraag van een Merk van de Europese Unie en mededeling van**
**voorlopige toekenning van een indieningsdatum**
**(artikel 25, lid 2 en artikel 27 UMV en regel 9 UMUV)**

| | |
|---|---|
| *Aanvraagnummer:* | 016917536 |
| *Uw referentie:* | |
| *Handelsmerk:* | DIVA STASH |
| *Soort handelsmerk:* | Beeldmerk met tekst |
| *Aanvrager:* | Kamal Hajiri<br>Weteringkade 22B<br>2515 AP Den Haag<br>NEDERLAND |

|  | Wij berichten u dat uw aanvraag beschouwd wordt als **Fast Track**.<br>De geldende voorwaarden voor Fast Track (de snelle procedure) en de termijnen zijn te vinden op http://euipo.europa.eu/fasttrack |
|---|---|

Het Bureau heeft uw elektronische aanvraag op **24/06/2017   16:32:41** en bovengenoemd aanvraagnummer gegeven. Gelieve bij al uw contacten of in al uw correspondentie met het Bureau met betrekking tot deze aanvraag dit nummer te vermelden.

Indien voldaan is aan de vereisten van artikel 27 EMVO is de datum van indiening van dit merk **24/06/2017**.

Het Bureau moet de basisaanvraagtaks van **850 EUR** binnen één maand na de datum van indiening van de aanvraag hebben ontvangen. Als u wilt dat uw aanvraag in 'fast track' (versnelde procedure) wordt behandeld, moet u onmiddellijk betalen.

Als uw aanvraag meer dan één klasse van waren en diensten bevat, zal voor elke extra klasse een aanvullende taks moeten worden betaald. De aanvullende taks bedraagt **50** EUR voor de eerste extra klasse en **150** EUR voor elke verdere extra klasse.

Indien u om nationale rechercheverslagen heeft verzocht dan moet u de bijbehorende taks van **EUR 72**. De aanvraag wordt gepubliceerd zodra alle rechercheverslagen aan u zijn meegedeeld.